# 818     CASES REPORTED WITH BRIEF SYLLABI.

conditions indicated in order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CARLOS DEL CASTILLŌ and Others v. FRANK P. KRUGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of. Insurance of the State of New York. (SECOND RUSSIAN INSURANCE COMPANY.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ALTSCHUL BATTERSON COMPANY v. IRVIN G. MARKOWITZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of ELLEN E. BEARE, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

KATE ISRAEL v. DAVID ISRAEL. (Action No. 1.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

KATE ISRAEL v. DAVID ISRAEL. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JOHN W. FORSLUND v. LINDLEY M. GARRISON, etc.— Motion denied. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MATTIE MOORE v. LUIGI COZZI, etc.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THERESA SCHAEFFER v. BARNETT SCHAEFFER.— Motion denied, and stay vacated. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., v. ERNEST T. GREINER and Others, Impleaded with A. B. LEACH & Co., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS BLOOM and Others v. DEPARTMENT OF MARKETS and Others, and HARRY ROSENSTEIN, INC., Appellant.— Motion granted.. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

LAPPERT TRADING CO., INC., v. BARTLEY MANUFACTURING CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of ANTONIO FERRARO for Payment of Award, etc. (Fish Avenue, Bronx).— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MAX COHEN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SARAH ALTMAN v. LOUIS SCHWEITZER.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GEORGE A. HAZEL, as Administrator, etc., v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Petition of ISADOR SCHWARTZ. In the Matter of the Arbitration between Petitioner and SAMUEL ROTHSTEIN CLOTHING CO., INC.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.